AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 1 3 2015

David J. Bradley, Clerk

United States of America
v.
Armando SANDOVAL-Rivera
YOB: 1982
COB: Mexico

Case No. M-15-1378-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 12, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Knowingly and unlawfully, being an alien, illegally or unlawfully in the United States, shipped or transported in interstate or foreign commerce, or possessed in or affecting commerce 94 rounds of .22LR caliber ammunition, 1 Marlin Firearms 60W .22LR caliber rifle, 1 Marlin Firearms 60 .22LR caliber rifle, 9 rounds of 9mm caliber ammunition, 1 Taurus PT 609 Pro 9mm caliber handgun, 1 Taurus PT 609 9mm caliber handgun magazine, 60 rounds of 7.62x39mm caliber ammunition, 1 Romarm/CUCIR GP/WASR 7.62x39mm caliber assault rifle, and 3 Tapco 7.62x39mm caliber assualt rifle magazines. |

This criminal complaint is based on these facts:

See "Attachement A"

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth

8/13/15

_____
Complainant's signature

Ryan Serge, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/13/2015   9:07 am__

_____
Judge's signature

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On August 12, 2015, Office of Border Patrol (OBP) agents established surveillance of the residence located at 1106 N. Alton Blvd, Alton, Texas (herein referred to as the residence) due to previous information that indicated the residence was used to harbor undocumented aliens (UDAs). During the surveillance, OBP agents observed a vehicle, driven by Armando SANDOVAL-Rivera, leave the residence. A Hidalgo County Constables Deputy conducted a traffic stop of the vehicle for a defective taillight. OBP agents conducted an immigration inspection of SANDOVAL and determined that he was a UDA with no legal status to remain in the United States.

OBP agents subsequently obtained consent from the female property owner to search the residence. The female property owner told an OBP agent that there were firearms in a room. The consensual search resulted in the seizure of 94 rounds of .22LR caliber ammunition, 1 Marlin Firearms 60W .22LR caliber rifle, 1 Marlin Firearms 60 .22LR caliber rifle, 9 rounds of 9mm caliber ammunition, 1 Taurus PT 609 Pro 9mm caliber handgun, 1 Taurus PT 609 9mm caliber handgun magazine, 60 rounds of 7.62x39mm caliber ammunition, 1 Romarm/CUCIR GP/WASR 7.62x39mm caliber assault rifle, and 3 Tapco 7.62x39mm caliber assualt rifle magazines.

In a post-Miranda interview, SANDOVAL stated that he was illegally present in the United States. SANDOVAL stated that one of the .22LR caliber rifles was already inside of the residence. SANDOVAL stated that he purchased the firearms for protection due to an attempted burglary. SANDOVAL further stated that he purchased the GP/WASR 7.62x39mm caliber assault rifle for $1,000.00. SANDOVAL stated that he hunted with the .22LR caliber rifles. SANDOVAL stated that he knew it was wrong to buy firearms and that he cannot own a firearm because he is a UDA.